DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVE MILLER** and **FEDERATED FINANCIAL, INC.,**
Appellant,

v.

**AMERICAN EXPRESS BANK, FSB,**
Appellee.

No. 4D16-4127

[October 12, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. 12-17606 (03).

Christopher J. Whitelock of Whitelock & Associates, P.A., Fort Lauderdale, for appellant.

Zoran D. Jovanovich of Zwicker & Associates, P.C., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***